

# NUMBER 13-15-00320-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF JESSE (JESUS) SOLIZ
## AND CHARLOTTE P. SOLIZ

### On appeal from the 94th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Jesse (Jesus) Soliz, proceeding pro se, attempted to perfect an appeal from an order entered by the 94th District Court of Nueces County, Texas, in cause number 2013-FAM-2812-C.   Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order.   The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice,

the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

In the instant case, appellant seeks to appeal a final decree of divorce but has not furnished us with a copy of the judgment subject to appeal. The clerk of the trial court advises us that the trial court has not rendered a final judgment in this cause. Accordingly, the Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* R. 42.3(a),(c). Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Delivered and filed the
17th day of September, 2015.

2